# Court of Appeals
# of the State of Georgia

ATLANTA,  February 19, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0989. TOWNLEY FAMILY PARTNERSHIP, LLLP v. THE TOWN OF NORTH HIGH SHOALS.

In this deannexation action, Townley Family Partnership, LLC ("Townley") sought discretionary review from the trial court's dismissal and denial of Townley's petition for review in favor of the Town of North High Shoals ("City"). We granted Townley's application in Case No. A25D0097 (Nov. 7, 2024). The City then appealed the denial of its constitutional claims and Townley cross-appealed. We transferred both of those appeals to the Supreme Court of Georgia pursuant to the Court's jurisdiction over constitutional issues. See Case Nos. A25A0987 & A25A0988 (Feb. 6, 2025).

Townley has now directly appealed pursuant to our grant of discretionary review in Case No. A25D0097, and the City has filed a motion to transfer the instant appeal to the Supreme Court. Because the related appeals are now in the Supreme Court, we grant the City's motion and hereby TRANSFER this appeal to the Supreme Court as well. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d

587) (1996) (holding that the Supreme Court has the ultimate responsibility for determining appellate jurisdiction).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* ___02/19/2025_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*